JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

LAUREL BEELER (CASBN 187656)
Assistant United States Attorney

450 Golden Gate Ave., Box 36060
San Francisco, California 94102
Telephone: (415) 436-6765
Facsimile: (415) 436-7234
laurel.beeler@usdoj.gov

Attorneys for Plaintiff

**FILED**

JUN 1 9 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 01 271 CRB |
| Plaintiff, ) | |
| v. ) | NOTICE OF DISMISSAL |
| JOHN H. BAKER ) | |
| IAN S. TURNER, and ) | (San Francisco Venue) |
| ROLF KYBURZ, ) | |
| Defendants. ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

United States Attorney for the Northern District of California dismisses the above indictment as

to defendants JOHN H. BAKER, IAN S. TURNER, and ROLF KYBURZ without prejudice and

asks that the warrants be withdrawn.

DATED:                                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/

BRIAN J. STRETCH
Chief, Criminal Division

Leave is granted to the United States to dismiss the indictment. The Court further orders that

NOTICE OF DISMISSAL (CR 01 271 CRB)

1    the warrants in the case be withdrawn.

2        IT IS SO ORDERED.

3    Date: _June 19, 2009_

CHARLES R. BREYER
United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL (CR 01 271 CRB)    2